UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARION PARHAM ) | |
| ) | |
| Plaintiff, ) | Case No.18-cv-5316 |
| ) | |
| vs. ) | |
| ) | Honorable Judge |
| ) | Matthew Kennelly |
| WEXFORD HEALTHSOURCES, INC., ) | |
| STATEVILLE CORRECTIONAL CENTER, ) | |
| and GHALIAH OBAISI as, ) | |
| Independent Executor of the estate of Dr. SALEH OBAISI ) | |
| ) | |
| Defendants ) | |

## NOTICE OF FILING

To: All Counsel of Record

Please take notice that I have this 19$^h$ of February 2019, I caused to be filed the Defendant GHALIAH OBAISI as Independent Executor of the estate Dr. SALEH OBAISI's waiver of Summons attached herein as Exhibit I.

    I, Jesse R. Tyler, state that on February 19, 2019 I filled the above referenced document with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully Submit,

/s/Jesse R. Tyler
Counsel for the Plaintiff

Timothy R. Tyler
Jesse R. Tyler
**TYLER LAW OFFICES P.C.**
120 West Madison -Suite 204
Chicago, Illinois 60602
312-920-1745